1  PETER KMETO
   Attorney at Law
2  State Bar #78827
   1007 Seventh Street, Suite 100
3  Sacramento, CA 95814
   (916)444-7420; FAX: (916) 914-2357
4  email: pkmeto@sbcglobal.net

5              IN THE UNITED STATES DISTRICT COURT

6             FOR THE EASTERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,            Case No. 2:13-cr-00206-MCE-2

8          Plaintiff,

9  vs.                                  STIPULATION AND ORDER
                                        CONTINUING JUDGEMENT
10 DEYONTE J. SPEARS,                   AND SENTENCING DATE

           Defendant
11

12         Defendant: DEYONTE J. SPEARS, through his attorney, PETER

13 KMETO, and the United States of America, through its counsel of record, JASON

14 HITT, stipulate and agree to the following:

15         The presently scheduled Judgment and Sentencing date of October

16 30, 2014 shall be vacated as to defendant, DEYONTE J. SPEARS, and said

17 Hearing be rescheduled for December 18, 2014 at 9:00 a.m.

18 ///

19 ///

20 ///

21 ///

IT IS SO STIPULATED.

Dated: October 10, 2014    /s/ JASON HITT
Assistant US Attorney
for the Government

Dated: October 10, 2014    /s/ PETER KMETO
Attorney for Defendant
DEYONTE J. SPEARS

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, the HEARING FOR JUDGEMENT AND SENTENCING in the above entitled matter is CONTINUED to December 18, 2014, as set forth above.

IT IS SO ORDERED.

Dated: October 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT