PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>DEYONTE J. SPEARS,<br><br>         Defendant | Case No. CR-S-13-0206 MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGEMENT AND SENTENCING DATE |

      Defendant: DEYONTE J. SPEARS , through his attorney, PETER KMETO, and the United States of America, through its counsel of record, JASON HITT, stipulate and agree to the following:

      The presently scheduled Judgment and Sentencing date of February 5, 2015 shall be vacated as to defendant, DEYONTE J. SPEARS, and said Hearing be rescheduled for July 23, 2015 at 9:00 a.m..

      IT IS SO STIPULATED.

      Dated: January 28, 2015     /s/ JASON HITT
                                                Assistant US Attorney
                                                for the Government

Dated: January 28, 2015         /s/ PETER KMETO
                                Attorney for Defendant
                                DEYONTE J. SPEARS

## ORDER

IT IS SO ORDERED.

Dated: February 2, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT