UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00206-MCE |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| ISRAEL WASHINGTON, ET AL., | |
| Defendants. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-cr-00071-MCE |
| Plaintiff, | |
| v. | |
| TERRY GRAHAM, | |
| Defendant. | |

The Court received the Notice of Related Cases filed June 22, 2015, (ECF No. 106). Examination of the above-entitled actions reveals that both actions are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

1  Because the cases are already assigned to the same district
2 judge, this Order is issued for informational purposes only and
3 shall have no effect on the status of the cases.

Dated: February 8, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE